**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CRAIG MILHOUSE and PAMELA MILHOUSE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>TRAVELLERS COMMERCIAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.: SACV 10-01730-CJC(MLGx)<br><br><br>**JUDGMENT** |

On August 22, 2013, the jury entered a verdict in favor of Plaintiffs Craig Milhouse and Pamela Milhouse ("Plaintiffs") on their breach of contract claim against Defendant Travellers Commercial Insurance Company's ("Travellers") and awarded them $974,817 each in damages. (Dkt. No. 340 ["Jury Verdict"].) The jury additionally found that Travellers had not breached its covenant of good faith and fair dealing, and therefore imposed no compensatory or punitive damages. (Jury Verdict.) Pursuant to the jury's verdict, the Court hereby enters judgment in favor of Plaintiffs

1  and against Travellers in the amount of $974,817 to Craig Milhouse, and $974,817 to
2  Pamela Milhouse.

4       Plaintiffs shall recover their costs.

7  DATED:   September 4, 2013

_____

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE