CANNON & NELMS, P.C.
160 S. Old Springs Road, Suite 200
Anaheim, CA 92808
Tel: (714) 637-4400 / Fax: (714) 637-4444

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (Southern Division – Santa Ana)

| | |
|---|---|
| CRAIG MILHOUSE and PAMELA MILHOUSE, <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS COMMERCIAL INSURANCE COMPANY; and DOES 1 through 25, inclusive; <br><br> Defendants. | Case No.: SACV10-01730-CJC (ANx) <br><br> **FIRST AMENDED JUDGMENT AFTER REMITTITUR** |

On August 22, 2013, the jury entered a verdict in favor of Plaintiffs Craig Milhouse and Pamela Milhouse ("Plaintiffs") on their breach of contract claim against Defendant Travelers Commercial Insurance Company ("Travelers") and awarded them $974,817 each in damages. (Dkt. No. 340 ["Jury Verdict"].) The jury additionally found that Travelers had not breached its covenant of good faith and fair dealing, and therefore imposed no compensatory or punitive damages. (Jury Verdict.)

On November 5, 2013, the Court granted Traveler's motion for remittitur; or alternatively a new trial and remitted the amount of the jury's verdict to an award in the collective amount $1,076,634. (Dkt. No. 413). On November 13, 2013, the Plaintiffs notified the Court of their acceptance of the Court's remittitur. (Dkt. No. 417).

Pursuant to the jury's verdict after remittitur, the Court hereby enters judgment in favor of Plaintiffs and against Travelers Commercial Insurance Company in the amount of $538,317 to Craig Milhouse and $538,317 to Pamela Milhouse

Plaintiffs shall recover their costs.

IT IS SO ORDERED.

Dated: November 15, 2013   _____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CANNON & NELMS, P.C.**
160 S. Old Springs Road, Suite 200
Anaheim, CA 92808
Tel: (714) 637-4400 / Fax: (714) 637-4444