UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (Southern Division – Santa Ana)

| | |
|---|---|
| CRAIG MILHOUSE and PAMELA MILHOUSE,<br><br>        Plaintiffs,<br><br>    vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY; and DOES 1 through 25, inclusive;<br><br>        Defendants.<br>_____ | Case No.: SACV10-01730-CJC(ANx)<br><br>**SECOND AMENDED JUDGMENT TO INCLUDE POST-JUDGMENT INTEREST** |

On August 22, 2013, the jury entered a verdict in favor of Plaintiffs Craig Milhouse and Pamela Milhouse ("Plaintiffs") on their breach of contract claim against Defendant Travelers Commercial Insurance Company ("Travelers") and awarded them $974,817 each in damages.  (Dkt. No. 340 ["Jury Verdict"].)  The jury additionally found that Travelers had not breached its covenant of good faith and fair dealing, and therefore imposed no compensatory or punitive damages.  (Jury Verdict.)

On November 5, 2013, the Court granted Traveler's motion for remittitur; or alternatively a new trial and remitted the amount of the jury's verdict to an award in the collective amount $1,076,634. (Dkt. No. 413). On November 13, 2013, the Plaintiffs notified the Court of their acceptance of the Court's remittitur. (Dkt. No. 417).

Pursuant to the jury's verdict after remittitur, the Court entered its first amended judgment in favor of Plaintiffs and against Travelers Commercial Insurance Company in the amount of $538,317 to Craig Milhouse and $538,317 to Pamela Milhouse.

On November 15, 2013 Plaintiffs filed a Rule 59 Motion to Amend or Alter Judgment to include pre-judgment and post-judgment interest. (Dkt. No. 424). The Court partially granted Plaintiffs' motion by awarding post-judgment interest.

The Court hereby amends the November 15, 2013 First Amended Judgment in favor of Plaintiffs and against Travelers to include post-judgment interest accruing at the rate of .13% per annum, compounding annually, from September 4, 2013 until the Judgment is paid.

Plaintiffs shall also recover their costs.

IT IS SO ORDERED.

Dated: 1/16/14 _____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE